IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMAH K. GROSVENOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-033-GMS |
| | ) | |
| THOMAS CARROLL, WARDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 30th day of March, 2006, for the reasons set forth in the

Memorandum issued this date,

1.    The claims against claims against Deputy Warden Burris and the Department of

Correction (Delaware Correctional Center) are DISMISSED without prejudice pursuant to 28

U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2.    The court has identified cognizable retaliation claims against Warden Thomas

Carroll, Captain Joseph Ballinger, Jim Simms, Evelyn Stevenson, and Jane/John Does 1, 2, 3,

and 4. Grosvenor may proceed with those claims.

3.    Jim Simms and Evelyn Stevenson shall identify the Jane/John Doe members of

the Multi-Disciplinary Team and the Jane/John Doe members of the Institutional Base

Classification Committee, as soon as possible after the complaint is served.

4.    Grosvenor shall immediately move the court for an order directing amendment of

the caption and service of the complaint upon learning the identification of the Jane/John Doe

defendants.

IT IS FURTHER ORDERED that:

1.　　The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2.　　Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for the **defendants Warden Thomas L. Carroll, Captain Joseph Ballinger, Jim Simms, and Evelyn Stevenson** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(C). **Additionally, the plaintiff shall provided the court with one copy of the complaint (D.I. 2) for service upon the defendants Warden Thomas L. Carroll, Captain Joseph Ballinger, Jim Simms, and Evelyn Stevenson.  The plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court.  Failure to provide the "U.S. Marshal 285" forms for the defendant(s) and the attorney general within 120 days from the date of this order may result in the complaint being dismissed or defendant(s) being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3.　　Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) identified in the 285 forms.

4.　　Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s)

pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5.       Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6.       No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7.       **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8.       **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

UNITED STATES DISTRICT JUDGE