OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 12, 2006

TO: Jamah K. Grosvenor
SBI#367677
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **U.S. Marshal 285 Forms**
*Civil Action #05-33(GMS)*

Dear Mr. Grosvenor:

Please be advised that this office has received the USM forms for all defendants except for the Attorney General. Please submit a USM for the Attorney General to the Clerk's Office.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service upon receipt of the USM for the Attorney General. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet