IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF DELAWARE

Jamah K. Grosvenor,
    Plaintiff,

v.

Thomas Carroll, et al.,
    Defendants.

C.A. NO. 05-33-GMS

FILED
JUN -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Plaintiff's first Request for Production of Documents Directed to Defendants

Pursuant to Fed. R. Civ. P., 34, Plaintiff hearby request that defendants' make available for inspection and copying the documents in this Request, within (30) days of service.

1. Copy of Dcc's Correction Code of Penal Discipline (including all Appendixs).

2. Copies of all Dcc's Segregation and Administrative transfer regulations.

3. Copies of all the Department's policies and regulations reguarding inmate Job and or program suspensions and terminations.

4. Copies of Dcc's classification policies and regulations.

1

5. Copies of all records relating to incidents refered to or connected in suit against Dedendants', from May 31, 2004 until present. Also,

6. Copies of all reports of investigations, findings of fact, observation of facts or circumstances, or any other matter relating to any aspect of this litigation.

7. Copies of any and all writings identified or refered to in your answers to Plaintiff's interragatories served simultaneously herewith.

8. Copies of any reports by any person qualifying as an expert containing opinions and/or facts on which opinions are based concerning any aspect of this litigation.

9. Copies of any and all writings which you intend to rely upon at trial.

10. Copies of any and all writings you intend to employ in any fashion during the course of this litigation, including, but not limited to, those writings which will be used to aid and direct and/or cross-examination of any witness during deposition and/or trial.

11. Copies of all statements by plaintiff, defendants, and any other persons or witnesses relating to any aspect of this litigation.

DATED 5/24/06

Jamak K. Grosvenor
SBI# 367677
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

I/M Jamah Grosvenor
SBI# 307677   UNIT 22 DU3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1977

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILM, DE 19801-3570