IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jamah K. Grosvenor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-033-GMS |
| | ) |
| Warden Thomas L. Carroll, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendants Warden Thomas L. Carroll, Captain Joseph Belanger, Jim Simms, Evelyn Stevenson, John/Jane Does (MDT), and John/Jane Does (IBCC). This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /s/ Ophelia M. Waters
                                                Ophelia M. Waters, ID# 3879
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                302-577-8400
                                                ophelia.waters@state.de.us

                                                Attorney for State Defendants

Dated: June 27, 2006

## CERTIFICATE OF SERVICE

       I hereby certify that on June 27, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on June 27, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Jamah K. Grosvenor; SBI # 367677; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

                                       **STATE OF DELAWARE**
                                       **DEPARTMENT OF JUSTICE**

                                       /s/ Ophelia M. Waters
                                       Ophelia M. Waters, I.D. #3879
                                       Deputy Attorney General
                                       820 North French Street, 6th Floor
                                       Wilmington, Delaware 19801
                                       (302)577-8400
                                       ophelia.waters@state.de.us