IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jamah K. Grosvenor,                       )
               Plaintiff,              )
                           )
                           )
      v.                                )
                           )          Civil Action No. 05-033 GMS
Thomas Carroll, Joseph Ballinger          )
Evelyn Stevenson, John Doe- MDT,          )
Jane Doe-MDT, IBCC, John Doe- IBCC,       )
Jane Doe-IBCC,                            )
               Defendants.            )

## ANSWER TO COMPLAINT

Defendants Carroll, Ballenger[1], Simms, Stevenson, Jane and John Does, 1-4[2], by and through undersigned counsel, hereby answer the complaint as follows:

1.  As to paragraph 1 of the complaint, said defendants admit that Plaintiff is a prisoner in the custody of the Delaware Department of Correction and currently housed in the Delaware Correctional Center, Smyrna, Delaware.

2-8.    As to paragraphs 2 through 8 of the complaint, said defendants admit that they are employed as state officers within the Delaware Department of Correction.

9-11.    As to paragraphs 9 through 11 of the complaint, said defendants are without knowledge or information sufficient to admit the truth of Plaintiff's allegations.

12-26.  As to paragraphs 12 through 26 of the complaint, said defendants admit that on or

---

[1] Mr. Grosvenor has misspelled Joseph Belanger's name in the caption and throughout the complaint. The correct rank and name is Sergeant Joseph Belanger.

[2] Jayme Jackson is the maximum security supervisor IBCC Chairperson; and the Multi-Disciplinary team consists of the inmate's counselor and the designated classification lieutenant/sergeant at the time the classification is completed.

about May 31, 2004, Plaintiff, with other inmates, created a disturbance on or near building 23 of the maximum housing unit (MHU) which required several correction officers to respond. Defendants further admit that as a result of Plaintiff's conduct, he was administratively transferred to a more restricted housing unit for security and safety reasons. The remainder of material allegations in said paragraphs is denied.

27.     Defendants deny that they subjected or caused to be subjected, Plaintiff to a deprivation of any rights protected by federal law.

28.     Defendants deny that they are subject to § 1983 liability for the alleged deprivation of Plaintiff's Due Process rights commencing on or about May 31, 2004.

29.     Defendants deny that they are subject to § 1983 liability for the alleged conditions of confinement imposed on Plaintiff while in disciplinary segregation commencing on or about June 30, 2004.

## RELIEF

30.     Plaintiff is not entitled to any relief, by way of compensatory or punitive damages, against Defendants under any Federal constitutional provisions or statutes set forth in the Complaint, including, but not limited to 42 U.S.C. §1983 and 5 U.S.C § 552.

31.     It is specifically denied that Plaintiff is entitled to any other relief.

## AFFIRMATIVE DEFENSES

32.     Plaintiff failed to state a claim upon which relief can be granted.

33     Plaintiff failed to exhaust his administrative remedies.

34      Plaintiff failed to show that State Defendants are liable for alleged constitutional deprivations in the absence of any State Defendants' personal involvement.

35      Plaintiff is barred from suit imposing § 1983 liability against State Defendants on the basis of a *respondeat* superior theory.

36      To the extent of actual involvement, State Defendants acted in good faith, as state officers, or as individuals in all actions which relate to the Plaintiff, and therefore, are immune from all claims alleged in Plaintiff's complaint.

Wherefore, the State Defendants demand that judgment be entered in their favor as to all claims and dismiss plaintiff's complaint, and attorney's fees and costs be awarded to defendants.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**


 /s/ Ophelia M. Waters_____
Ophelia M. Waters, I. D. #3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
 (302) 577-8400
Counsel for Defendants

Dated: June 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I electronically filed *Answer to Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on June 27, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Jamah K.Grosvenor.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us