IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jamah K. Grosvenor
    Plaintiff,

v.

Thomas Carroll, Warden, et al.,

Civ. No. 05-033-GMS

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

RESPONSE TO DEFENDANTS' ANSWER

1. Defendants did admit that a situation/disturbance took place on or about May 31, 2004 near building 23 of the MHU located within Delaware Correctional Center. Defendants claim that the plaintiff was "administratively transfered to a more restricted housing unit". However, see exibit A-1 where on June 22, 2004 the MDT Board recommended Plaintiff to a "MAX/SHU" and the IBCC Board approved their recommendation. Below the IBCC's decision is a "BECAUSE" section. In that section the IBCC's checked "pending disciplinary action". No where on that form does it indicate that plaintiff was classified to MAX/SHU due to administrative transfer. In exibit A-2 the MDT's recommendation was

for plaintiff to "CONTINUE MAX". This was approved by the IBCC AND UNDER "BECAUSE" they again failed to write, for administrative reason. This failure is due to the fact that plaintiff was tranfered "pending disciplinary action". That's why the classification commitee checked the above reason on exibit A-1 insted of writing administrative transfer.

In response to 32-34 of defendants' answer, plaintiff claimed he was retaliated against for practicing his first amendment right to free speech. This claim was accepted by the court so their statement that the plaintiff never stated a claim is frivolous. Plaintiff wrote several letters and grivences, however, only one was answered. See Exibit B. Furthermore, when a inmate's constitutional rights are violated he is not burdened with exhausting administrative remedies, especially considering plaintiff's rights were violated by the highest prison administrator, Thomas Carroll.

In response to 35-36. Plaintiff explaned every defendant's involvement throughout original claim. For those reasons set forth in original claim and the reasons set for plaintiff is entitled to the compensatory and punitive damages he requested priviously.

DATED: 7/13/06

Jamah K. Grosvenor
1181 Paddock Road
Smyrna, DE 19977

I/M Jamah K. Grosvenor
SBI# 367677   UNITY-DU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
14 JUL 2006 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILM, DE 19801-3570

U.S.M.S.
X-RAY