Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:     Inmate Jarnah Grosvenor, SBI# 367677, Housing Unit SHU
VIA:    Counselor Arnold
FROM:   I.B.C.C.
DATE:   6/22/04
RE:     Classification Results

Your M.D.T. has recommended you for the following: MAX/SHU

The I.B.C.C.'s decision is to:

✓ Approve

___ Not Approve

___ Defer

___ Recommend

___ Not Recommend

**BECAUSE:**

___ Lack of program participation
✓ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev 8/04

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate
         Institution File

A-1



Form #456 (3 Part NCR)
Revised 11/97

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate *Grosvenor, Joseph*, SBI# *36 76 77*, Housing Unit *SHU* *17B3*
VIA: Counselor *Simms*
FROM: I.B.C.C.
DATE: *11/09/04*
RE: Classification Results

Your M.D.T. has recommended you for the following: *Continue Max,*

The I.B.C.C.'s decision is to:

✓ Approve *All*
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: *Rev -01/05*

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

A-2

Exibit 

Form #456 (3 Part NCR)
Revised 11/97