To: Warden Carroll, Deputy Warden Pierce, Capt. Saggers, Treatment Administrator Hosterman, Counselor Simms, Evelyn Stevenson

From: Jamah K. Grosvenor 367677 17BL3

Dear Administration,

I'm writing for a number of reasons. I have written several letter to my counselor J. Simms and then Deputy Warden B. Burris concerning my first issue. One of those letters were address by B. Burris when she responded with a letter informing me she recieved my letter and forwarded a copy to Treatment Administrator Hosterman. My first issue is: On the day of May 22, 2004 upon walking to the chow hall for lunch, I witnessed C/o Adams physically grab inmate Vincent Quattlebaum without following proper procedure. At this time 15 thru 20 inmates who also witnessed the incident and myself told C/o Adams that, he knew he wasn't supposed to put his hands on a inmate without following procedure. At this time C/o Adams let him (V. Quattlebaum) go and got on his walkie Talkie saying he needed back up. As soon as Adams seen another C/o he grabed inmate Quattlebaum again. The other C/o's ran and also grabed inmate Quattlebaum. At this time the inmates who witnessed the incident including myself tried to explain to the C/o's that were coming on the scene that the incident was a result of C/o Adams' failure to follow D.C.C. procedures properly. We were intitled to do so under the U.S. Constitutions' first Amendment, and under D.C.C. housing Rules which state, "Inmates may express their views in a non-disruptive and peaceful manner". However C/o's who (some C/o's) came or responded to call came on the scene in a very threating manner; some going as far as physically touching inmates. After Sgt. Sullivan came on the scene and assured inmates he would look into the incident and asked that we proceed to chow hall, all inmates complied. After eating lunch 5 other in-mates (M. Brock, R. Porter, V. Quattlebaum, C. Barnes, and D. Flowers) and myself were excorted to the Bldg. 18. Why only us, I don't know. We stayed in isolation for 11 days. In those 11 days we never recieved a write-up or hearing of any kind. This violated or due process under D.C.C.'s rules for inmate hearing process (Inmate Rights in the Disciplinary process). The rules state that, I "have a right to recieve copies of any written information which the hearing officer may consider, Reasons for non-disclosure to be stated in written". Also, that, "You (inmate) have the right to be heard by an impartial hearing officer". I didn't recieve any write-up or be heard by a impartial hearing officer. Considering D.C.C. has a time limit to do so, I should have been put back in the MHU after leaving solitary confinement in Bldg. #18. Technically I shouldn't even

Exhibit B

have been put on pre-hearing detention (solitary). In "Inmate Rights of Disciplinary Process" it also states, "You (inmate) have the right to remain in your existing status until the hearing unless you become sufficent threat to other inmates, staff members, or yourself to warrant pre-hearing detention. If pre-hearing detention is ordered by the staff supervisor of your unit, that order must be reviewed by the warden or his designee every 24 hours. Failure to do so will cause you to return to your previous status." If or after I was ordered to pre-hearing detention under false pretenses, considering I was taken to pre-hearing detention after calmly eating lunch, the warden should've saw the falsehoods and placed me back in the MHU; If the warden or his designee failed to do so, I should've been placed back in the MHU; and finally, after not recieving a write-up or having a hearing within 72 hours I should've been placed back in the MHU. Then to make matters worse, I was classified to the SHU on June 22, 2004 because I was supposedly awaiting a "pending hearing", which can't be right since I never recieved a write-up, or had a preliminary hearing, and I wasn't due for classification until April 2005 since I was classified in April 2004 and I get classified once a year. Furthermore, I was placed on QOL Level 2 upon coming to the SHU. I've been back here for 5 months and not only did D.C.C violate by placing and leaving me in the SHU pending a so-called hearing, but you have also moved me back to Level 1 and I haven't recieved a write-up. And Counselor J. Simms and Hosterman are falsifying my classification points considering I had 14 points on April 2004, and since then I recieved one write-up from c/o Pitts before coming to SHU. Simms admits hisself that I only recieved 2 points for that incident yet I mysteriously have accumulated 18 points when it should be 16. Even if I did have 18 points it dosen't justify me having or being put on Level 4, and it definately dosen't justify my being placed in the SHU and I'm not even due for classification for another 6 months.

Beings though none of your above actions are justified, I'm being held accountable for voicing the truth when I seen something wrong, which is my right under D.C.C. Rules and more importantly the first Amendment of Constitution "Free Speech". There is no other reason for me to be in the SHU. I've seen inmates get caught with dirty urines, come in the SHU on Level 2, and leave in 3 months, yet I've been back in the SHU between bldg# 18-17 for a total of 5 months and counting without a write-up or a hearing and all I did was tell a c/o to follow procedure. I'm being punished for voicing my opinion or practicing my right as a U.S. citizen.

Secondly, You are penalyzing me because I'm Muslim. We are supposed to be served 3 meals daily or the equivelent. However, I'm being served 2 meals just because it's Ramadan. Just because we (muslims) can't eat during day light hours, that dosen't mean we're not still entitled to 3 meals or the equivelent daily, it simply means we can't eat them during daylight hours. This also shows I'm being held accountable for practicing my right under the U.S. Constitution, "Freedom of Religion". I already notified Deputy Warden Pierce about this violation.

I have waited peacefully and patiently for a responsive action from you. I now am going to notify you this last time and I will give you 10 days to respond. I believe that is more then fair under the circumstances. If I don't get a positive responsive action, I will proceed to the next step, which will be contacting my lawyers.

Thank You! Sincerely,

Jamah K. Grosvenor
367674 17 BL3

cc: Deputy Warden Pierce, Warden Carroll, Capt. Saggers, Treatment Administrator Hosterman, Counselor J. Simms, Evelyn Stevenson, File

EXHIBIT B