IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAH K. GROSVENOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-033-GMS |
| v. ) | |
| ) | |
| THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now, Defendants Carroll, Belanger, Simms, and Stevenson by and through undersigned counsel and respond to the Plaintiff's First Request for Production of Documents as follows:

### GENERAL OBJECTIONS

1. Defendants object to the Request for Production of Documents to the extent that they seek documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Defendant objects to the Request for Production of Documents to the extent that they seek the production of documents equally available to the Plaintiff. Such documents will be identified by the Defendants but will not be produced.

### ANSWER

1. Copy of DCC's Correction Code of Penal Discipline (including all appendixes).

**Response**: See relevant copy of the Delaware Correctional Center's Code of Penal discipline provided to plaintiff.

2. Copies of all DCC's Segregation and Administrative Transfer Regulations.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, see the Inmate Reference Manual concerning the transfer of inmates for disciplinary reasons.

3. Copies of all the Department's policies and regulations regarding inmate job and or program suspensions and terminations.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, see the Inmate Reference Manual concerning inmate employment.

4. Copies of DCC's classification policies and regulations.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to

state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, see the Inmate Reference Manual and/or the Inmate Housing Rules concerning inmate classification.

5. Copies of all records relating to incidents referred to or connected in suit against Defendants' from May 31, 2004 until present. Also, (sic)

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, see relevant copies of incident and disciplinary reports and records related to the time period alleged in the complaint.

6. Copies of all reports of investigations, findings of fact, observation of facts or circumstances, or any other matter relating to any aspect of this litigation.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, see relevant copies of incident and disciplinary reports and records related to the time period alleged in the complaint.

7.      Copies of any and all writings identified or referred to in your answers to Plaintiff's interrogatories served simultaneously herewith.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection, see relevant copies of incident and disciplinary reports and records related to the time period alleged in the complaint.

8.      Copies of any reports by any person qualifying as an expert containing opinions and/or facts on which opinions are based concerning any aspect of this litigation

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection,

Defendants do not have expert reports. Defendants reserve the right to supplement this answer, if necessary.

9. Copies of any and all writings which you intend to rely upon at trial.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection, see relevant copies of incident and disciplinary reports and records related to the time period alleged in the complaint.

10. Copies of any and all writings you intend to employ in any fashion during the course of this litigation, including, but not limited to, those writings which will be used to aid and direct and/or cross-examination of any witness during deposition and/or trial.

**Response**: Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the

attorney-client privilege and/or attorney work product. Without waiving this objection, see relevant copies of incident and disciplinary reports and records related to the time period alleged in the complaint.

11.     Copies of all statements by Plaintiff, Defendants' and any other person or witnesses relating to any aspect of this litigation.

**Response:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that the Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection, see relevant copies of incident and disciplinary reports and records related to the time period alleged in the complaint.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/  Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us
Attorney for Defendants

Date: August 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed *State Defendants' Response to Plaintiff's First Request for Production of Documents* with the Clerk of Court using CM/ECF. I hereby certify that on August 25, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Jamah K. Grosvenor; SBI # 367677; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us