IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAH K. GROSVENOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-033-GMS |
| v. | ) |
| | ) |
| THOMAS CARROLL, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned certifies that on September 15, 2006, she caused the *State Defendants' Production of Documents* to be delivered to the following persons in the form and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Jamah K. Grosvenor, Inmate
SBI No.: 367677
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE


                                        ____/s/ Ophelia M. Waters_____
                                        Ophelia M. Waters, I.D. #3879
                                        Deputy Attorney General
                                        Carvel State Building
                                        820 N. French Street, 6th floor
                                        Wilmington, DE  19801
                                        Ophelia.Waters@state.de.us
                                        Attorney for Defendants