**PRODUCED DOCUMENTS**

**DOCUMENT**                                                                    **DATE**

Medical Records – Immunization Records
Diagnosis Records/Progress Notes
Nursing Protocol Documentation
Miscellaneous Assessment Protocol
Mental Health Evaluation
Mental Health Screening
Medication Administration Records
Medical Summary
Physical Assessment
Solitary/PreHearing Flow Sheet
Problem List
Physicians' Orders
Medication Charts
Therapeutic Diet Request Form


Grievance Report – Report No.: 9368                                              12/8/04
Grievance Report – Report No.: 12331                                             3/1/05
Grievance Form – Case No.: 20839                                                 11/16/05
Grievance Memorandum                                                             9/23/03


Incident Report No. 1012411                                                      5/31/04
Incident Report No. 1004489                                                      8/16/03
Incident Report No. 1004491                                                      8/16/03
Incident Report No. 1005061                                                      9/7/03
Incident Report No. 1007456                                                      12/14/03
Incident Report No. 1011914                                                      5/14/04
Incident Report No. 1012413                                                      5/31/04
Incident Report No. 1012416                                                      5/31/04
Incident Report No. 1012417                                                      5/31/04
Incident Report No. 1014647                                                      8/13/04
Incident Report No. 1014648                                                      8/13/04


Disciplinary Report No. 1003419                                                  8/16/03
Disciplinary Report No. 1003420                                                  8/16/03
Disciplinary Report No. 1003946                                                  9/7/03
Disciplinary Report No. 1005768                                                  12/14/03
Disciplinary Report No. 1009645                                                  5/14/04
Disciplinary Report No. 1010076                                                  5/31/04
Disciplinary Report No. 1011944                                                  8/13/04

## PRODUCED DOCUMENTS (cont')

| **DOCUMENT** | **DATE** |
|---|---|
| Disciplinary Report No. 1019157 | 7/15/05 |
| Disciplinary Report No. 1022808 | 1/17/06 |
| Disciplinary Report No. 1025160 | 5/27/06 |
| | |
| Classification Reports | |
| | |
| Classification Summary Documentation | |
| | |
| Classification | |
| | |
| Classification Determination Page | 5/31/04 |
| | |
| Initial Classification Form | 8/19/02 |
| | |
| Classification Decision Page | 4/17/03 |
| | |
| Classification Memorandum (re: classification results) | 5/16/04 |
| Classification Memorandum (re: classification results) | 7/19/05 |
| Classification Memorandum (re: classification results) | 3/15/05 |
| Classification Memorandum (re: classification results) | 3/15/05 |
| Classification Memorandum (re: classification results) | 11/9/04 |
| Classification Memorandum (re: classification results) | 6/22/04 |
| Classification Memorandum (re: classification results) | 4/23/04 |
| | |
| Routine Classification/Maintenance Review | 5/23/06 |
| Routine Classification/Maintenance Review | 7/19/05 |
| Routine Classification/Maintenance Review | 3/15/05 |
| Routine Classification/Maintenance Review | 11/9/04 |
| Routine Classification/Maintenance Review | 6/22/04 |
| Routine Classification/Maintenance Review | 4/20/04 |
| | |
| Re-Classification Form | 4/21/06 |
| Re-Classification Form | 6/21/05 |
| Re-Classification Form | 1/19/05 |
| Re-Classification Form | 8/1/04 |
| Re-Classification Form | 6/1/04 |
| Re-Classification Form | 4/2/04 |

## PRODUCED DOCUMENTS

| DOCUMENT | DATE |
|---|---|
| Re-Classification Form | 4/17/03 |
| Classification Office Memo (re: Quality of Life Level Assignment/Classification) | 5/22/03 |
| Classification/Treatment Policy (DOC Policy 3.8) | 8/20/02 |
| Life Skills Plan | 4/18/06 |
| Multi-Purpose Criminal Justice Facility (re: Classification Recommendation) | 4/29/03 |
| Incarceration to Community Plan (ITCP) | 8/21/02 |