IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jamah K. Grosvenor,                    )
                 Plaintiff,            )        CA NO. 05-33-GMS
                                       )
                                       )
        v.                             )
                                       )
Thomas Carroll,                        )
                                       )
Joseph Ballinger,                      )
Evelyn Stevenson                       )
Jim Simms, John Doe-MDT                )
Jane Doe-MDT, John Doe-IBCC            )
Jane Doe-IBCC.                         )

## MOTION TO AMEND

Here comes plaintiff, Jamah K. Grosvenor, with motion to amend defendants.

One member of IBCC Board named John Doe is to be named/amended to Jayme Jackson.

One, Joseph Ballinger is to be amended to Joseph Belanger.

One, Jane Doe of MDT Board is to be amended to Sgt. ~~oatheace~~ P. Wallace

CA. No. 05-33-GMS

Judge Gregory M. Sleet,

    Defendants' failed to provide names of MDT and IBCC Board members.

THANK You,

Dated: 9/29/06

Jamah K. Grosvenor
1181 Paddock Road
Smyrna, DE 19977

J. GROSVENOR
1181 PADDOCK Rd.
WILM, DE 19977

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975    OCT 03 2006
$ 00.390
MAILED FROM ZIP CODE 19977

U.S. DISTRICT COURT
U.S.M.S. X-RAY

LOCKBOX 18
844 KING STREET
WILM, DE 19801