# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:

December 12, 2006

The Honorable Gregory M. Sleet
US District Court for the District
Of Delaware
844 North King Street
Wilmington, DE 19801

      RE:    Grosvenor v. Carroll, et al.
              C.A. No.: 05-33-GMS

Dear Judge Sleet:

     On behalf of the State Defendants in the above-referenced action, I provided Jamah Grosvenor with copies of his institutional classification records for the years 2004 through 2006 inclusive. (D.I. 21).

     These documents were produced on or about September 15, 2006, and identified each of the Multi-Disciplinary Team (MDT) members, the Initial Classification Board members as well as the Institutional based Classification Committee (IBCC) members, who participated in Grosvenor's classification reviews.

     The individual team members may vary for purposes of the routine classifications. Therefore, the worksheets provided identify the specific members, along with the actual

dates and outcomes of each review. Mr. Grosvenor may obtain the appropriate names he seeks from classification documents previously provided.

                                        Respectfully yours,

                                        /s/ Ophelia M. Waters

                                        Ophelia M. Waters
                                        Deputy Attorney General

cc:     Clerk of Court
        Jamah Grosvenor

OMW/vd