UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jamah K. Grosvenor
   Plaintiff,

V.

Thomas Carroll, Warden
Joseph Belanger, Sgt.
Jim Simms, Multi Disciplinary Team (MDT)
P. Wallace, M.D.T.
John Doe, M.DT.
Evelyn Stevenson, Institutional Base
Classification Committee (I.B.CC.)
Jayme Jackson, I.B.C.C.
Jane Doe, I.B.C.C.

) C.A. No. 05-33-GMS
)
)
)
)
)
)
)
)
)

FILED
DEC 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Plaintiff request that "John Doe, MDT" be amended to "Lt. Seacord".

Plaintiff further request that "P. Wallace, M.D.T" be amended to "Sgt. Wallace". Plaintiff is not sure of the first initial.

Plaintiff also request that "Jane Doe, I.B.C.C." be amended to "Cindy Atallian".

Lastly, Although defendant's counsel forwarded

plaintiff copies of Classification Records, the names are sloppy and not complete (first & last), besides "Cindy Atallian" (Pg. D00152 of Classification Records). Therefore, plaintiff cannot correctly ammend with the classification records. Thus, the Court's Order was never obeyed.

Plaintiff also contest Defendent's reason for not submitting DCC's Rules, Regulations, Code of Procedure, etc. These documents are essential to plaintiff's suit, and their reasons for not submitting them should be overridden for that fact.

Thank you,

Jamah K. Grosvenor
367677 V-D11

I/M J. Grosvenor
SBI# 367677   UNIT V-D11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 DEC 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE 19801-3570

19801+3570

