IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAH K. GROSVENOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-033-GMS |
| v. | ) |
| | ) |
| THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Warden Thomas L. Carroll, Captain Joseph Belanger, Jim Simms, Evelyn Stevenson, Jayme Jackson, and P. Wallace hereby move this Honorable Court for an Order granting Summary Judgment in their favor on the basis set forth in the accompanying Defendants' Memorandum in Support of their Motion for Summary Judgment.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, ID# 3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
ophelia.waters@state.de.us

Dated: March 2, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on March 2, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on March 2, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Jamah K.Grosvenor, SBI#367677, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us