IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAH K. GROSVENOR,   )<br>  )<br>    Plaintiff,   )<br>  )   C.A. No. 05-033-GMS<br>v.   )<br>  )<br>THOMAS CARROLL, et al.,   )<br>  )<br>    Defendants.   ) | |

**ORDER**

**WHEREAS,** the Court having considered Defendants' Motion For Summary Judgment, and any response from Plaintiff thereto; and,

**WHEREAS**, the Court having determined that there is no genuine issue of material fact; and,

**WHEREAS**, the Court having determined that Defendants are entitled to dismissal of Plaintiff's complaint as a matter of law,

**IT IS SO ORDERED** this _____ day of _____, 2007, that Defendants' Motion is hereby GRANTED.

_____
Judge Gregory M. Sleet