```
1012413
```

DCC Delaware Correctional Center
Date: 05/31/2006
Road
SMYRNA DE, 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: 927 | Type: Inmate Involved | Incident Date: 05/31/2004 | Time: 10:25 | Confidential: No |

Facility: DCC Delaware Correctional Center          Followup Required: No
Incident Location: Bldg.23 A Tier
Location Description: Walkway between building 23 and building 24
Violated Conditions: 1.02/200.201 Assault
    1.05/200.225 Demonstrations (Strike)
    1.06/200.203 Disorderly or Threatening Behavior
    1.17/200.215 Inciting a Riot
    2.06/200.108 Failing to Obey an Order

Description of Incident:

On May 31st, 2004 at approximately 1025 hours, I C/O Wood, James was in building 24 preparing to run chow with C/O Hamrick, David while observing building 23 A tier coming up to chow hall B, I C/O Wood heard C/O Adams, Carlton call for backup on the walkway to building 23. Upon responding with C/O Hamrick, I C/O Wood observed a group of inmates gathered around C/O Adams as he was attempting to have I/M Quattlebaum, Vincent sbi # ▓▓▓▓ put his hands behind his back to be cuffed. At that time C/O Hamrick began to assist, C/O Adams in putting I/M Quattlebaum's hands behind his back. At that time I/M Quattlebaum jerked away and became extremely offensive towards C/O Hamrick and C/O Adams, immediatley C/O Hamrick subdued I/M Quattlebaum and myself C/O Wood applied handcuffs to I/M Quattlebaum with the assistance of C/O Payne, Eric. At this time all of the other Inmates on the walkway became disorderly and other officers began to arrive including C/O Oney, Rastafari; C/O Phillips, Marvin. I/M Porter, Ruben sbi# ▓▓▓▓ then proceeded towards the chow hall and slammed the door at that end of the walkway stating "we ain't fucking going nowhere." The other I/Ms on the walk were all being disorderly and failing to move along as told. These I/Ms included I/M Nelson, Craig sbi # ▓▓▓▓ I/M Barnes, Courtney sbi # ▓▓▓▓, I/M Grosvenor, Jamah sbi# ▓▓▓▓, I/M Brock, Marcus sbi# ▓▓▓▓ and I/M Flowers, Damon-▓▓▓▓

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

| Evidence Type: N/A | | Date Collected: N/A |
|---|---|---|
| Discovered By: N/A | Secured By: N/A | |

Type of Force Used  [X] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [ ] NONE
Restraints Used  : handcuffs
Immediate Action Taken:
I/M subdued and isolated, area lt notified

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Rastafari, Oney N | N/A | Correctional Officer |
| Staff | Marvin, Phillips | N/A | Correctional Officer |
| Staff | Eric, Payne G | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Carlton, Adams | N/A | Correctional Officer |
| Staff | David, Hamrick S | N/A | Correctional Officer |
| Staff | James, Wood C | N/A | Correctional Officer |
| Inmate | Damone, Flowers E | ▓▓▓▓ | N/A |
| Inmate | Marcus, Brock R | ▓▓▓▓ | N/A |
| Inmate | Jamah, Grosvenor K | ▓▓▓▓ | N/A |
| Inmate | Courtney, Barnes L | ▓▓▓▓ | N/A |
| Inmate | Craig, Nelson C | ▓▓▓▓ | N/A |
| Inmate | Ruben, Porter | ▓▓▓▓ | N/A |
| Inmate | Vincent, Quattlebaum R | ▓▓▓▓ | N/A |

Reporting Officer: Wood, James C (Correctional Officer)    Entered By: Wood, James C (Correctional Officer)

1012413

Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: 927 | Type: Inmate Involved | Incident Date: 05/31/2004 | Time: 10:25 | Confidential: No |

## Approval Information

[X] Approved  [ ] Disapproved  Date: 05/31/2004  Approved by: Belanger, Joseph  (Shift Commander - Large Inst.)

Comments: The following inmates have been transferred to 18 Isolation as a result of this incident:

- I/M Vincent Quattlegbaum
- I/M Rueben Porter
- I/M Courtney Barnes
- I/M Jamah Grosvenor
- I/M Marcus Brock
- I/M Damone Flowers

While investigating this matter with all staff involved, it was determined that I/M Craig Nelson did not involve himself in a manner that warranted a transfer to pre-hearing detention. He was a by stander while the incident took place. Duputy Warden Elizabeth Burris has been notified of this incident and authorized the transfer of all named inmates to 18 Isolation.