DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| | | | |
|---|---|---|---|
| Group#: N/A | Type: Inmate Involved | Incident Date: 05/31/2004 Time: 10:25 | Confidential: No |

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No
**Incident Location:** Bldg.23 A Tier
**Location Description:** walkway between bldg. 23 and bldg. 24
**Violated Conditions:** 1.02/200.201 Assault
   1.05/200.225 Demonstrations (Strike)
   1.06/200.203 Disorderly or Threatening Behavior
   1.17/200.215 Inciting a Riot
   2.06/200.108 Failing to Obey an Order

**Description of Incident:**

On May 31, 2004 at approximately 1025 I C/O Hamrick, David and C/O Wood, James were preparing to run chow in B chow hall. At that time we heard a back up call over the radio from C/O Adams, Carlton. C/O Hamrick and C/O Wood responded to the walkway between building 23 and building 24. C/O Adams informed us that I/M Quattlebaum, Vincent SBI# ▓▓▓ was refusing to go back to his cell and lock in. C/O Hamrick gave I/M Quattlebaum a direct order to lock in. I/M Quattlebaum stated "fuck that I am not locking the fuck in" C/O Hamrick gave I/M Quattlebaum a direct order to turn around and be cuffed, I/M Quattlebaum stated "fuck that I'm not being cuffed." C/O Hamrick tried to apply a handcuff to I/M Quattlebaum's right wrist. At that time I/M Quattlebaum jerked away pushing C/O Hamrick's hand/arm away. C/O Hamrick and I/M Quattlebaum started to struggle with each other, with assistance from C/O Wood, C/O Adams and C/O Payne, Eric I/M Quattlebaum was subdued and handcuffs were applyed. At this time six other inmates began to gather around the C/O's cursing and swearing at them and stating "we ain't going to take this we are going to fuck you up". The inmates were indentified as I/M Porter, Ruben SBI# ▓▓▓, I/M Nelson, Craig SBI# ▓▓▓ I/M Barnes, Courtney SBI# ▓▓▓, I/M Grosvenor, Jamah SBI# ▓▓▓, I/M Brock, Marcus SBI# ▓▓▓ and I/M Flowers, Damon SBI# ▓▓▓. C/O Phillips, Marvin and C/O Oney, Rastafari ne and tried to get the inmates to go to the chow hall with the help of the other C/O's named above. I/M Porter went to the building 24 door and slamed it shut and saying "no one is going fucking anywhere". The C/O's had the door re-opened and escorted the inmates to the chow hall with no further incident. DSH

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A        **Date Collected:** N/A
**Discovered By:** N/A        **Secured By:** N/A

**Type of Force Used** [X] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [ ] NONE
**Restraints Used:** handcuffs

**Immediate Action Taken:**
I/M Quattlebaum Handcuffed and notified Lt. Salas and Capt. Belanger of incident

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Rastafari, Oney N | N/A | Correctional Officer |
| Staff | Eric, Payne G | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Marvin, Phillips | N/A | Correctional Officer |
| Staff | Carlton, Adams | N/A | Correctional Officer |
| Staff | James, Wood C | N/A | Correctional Officer |
| Staff | David, Hamrick S | N/A | Correctional Officer |
| Inmate | Damone, Flowers E | ▓▓▓ | N/A |
| Inmate | Marcus, Brock R | ▓▓▓ | N/A |
| Inmate | Jamah, Grosvenor K | ▓▓▓ | N/A |
| Inmate | Courtney, Barnes L | ▓▓▓ | N/A |
| Inmate | Craig, Nelson C | ▓▓▓ | N/A |
| Inmate | Ruben, Porter | ▓▓▓ | N/A |

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 05/31/2004 | Time: 10:25 | Confidential: No |

| Inmate | Vincent, Quattlebaum R | | N/A |

Reporting Officer: Hamrick, David S (Correctional Officer)   Entered By: Hamrick, David S (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved   Date: 05/31/2004   Approved by: Taylor, Ramon  (Staff Lt./Lt)

Comments: N/A