Appendix K1

# DELAWARE CORRECTIONAL CENTER

SL6   Del Sup. CT.
McFadden 1 day 3

TO: Inmate **Grosvenor, Jonah**, SBI# **00367677**

FROM: Shift Commander **Belanger**

DATE: **5/3/04**

SUBJECT: Administrative Transfer

The undersigned believes that you warrant confinement to a more restrictive setting based upon information presented. Consequently, pending review, you are hereby temporarily, administratively transferred to:

☐ Protective Custody

☐ Pre-Hearing Detention _____

☒ Higher Security    Offense No. **200.203**    Offense Title **Disorderly Threatening**

_____
Signature of Shift Commander

Attach Supporting Documents/Forms ie: 404, 537, I/M statement, etc.

Copy to:   Security Superintendent (Original)
          Institutional Investigator
          Classification
        ⎯ MDT Chairperson
          Transfer Office
          Temporary Housing Counselor
          Classified Housing Counselor **Cassie**
          File

Form #: 228-B (Rev 11/97)

ATTEST

_____
Inmate Signature

_____
Date

_____ 5/31/04    Inmate refused to make a statement  ☒
Staff Signature           Date

DO NOT DUPLICATE. FORWARD ORIGINAL TO SECURITY SUPERINTENDENT'S OFFICE ONLY.

Form# 228-B (Rev 11/97)