IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMAH K. GROSVENOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-033-GMS |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF EVELYN J. STEVENSON

I, Evelyn J. Stevenson, having been duly sworn by law, do hereby depose and state as follows:

1. I am currently employed by the State of Delaware Department of Corrections as an Inmate Classification Officer II. My responsibilities include the examination and evaluation of individual inmate cases, determining eligibility for certain programs and housing assignments, reviewing institutional behavior, reviewing program participation and chairing the Institutional Based Classification Committee. ("IBCC"). I have been employed by the DOC for 21 years.

2. I have been the Classification Officer and Counselor Supervisor for the Medium and Minimum compound since 2002. The Classification Officer for the Maximum Housing Security Unit ("MHU") where plaintiff Jamal Grosvenor was housed in June, 2006, is Jayme Jackson. She and the officers assigned under her are responsible

for classifications in the Maximum area. In Counselor Jackson's absence, Counselor Cindy Atallian has acted as the Institutional Based Classification Chairperson. I was not involved in plaintiff Jamal Grosvenor's classification procedure during the time alleged and is the basis of his Complaint.

3. I have made these statements based upon my personal knowledge, specialized training and experience as an employee of the DOC.

*Evelyn J. Stevenson*
Evelyn J. Stevenson

SWORN AND SUBSCRIBED before me this 2 day of March, 2007.

*Notary signature*
Notary