OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 8, 2007

TO:   Jamah K. Grosvenor
      SBI#367677
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**RE:  U.S. Marshal 285 Forms**
*Civ. No.* 05-33(GMS)

Dear Mr. Grosvenor:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                            PETER T. DALLEO
                                  CLERK

cc:  The Honorable Gregory M. Sleet
      U.S. Marshal
      Pro Se Law Clerk