# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jamah K. Grosvenor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-033-GMS |
| | ) |
| Thomas L. Carroll, et al, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendants Thomas Seacord and Cindy Atallian. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. Defendants Seacord and Attalian specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Ophelia M. Waters
    Ophelia M. Waters, ID# 3879
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    302-577-8400
    ophelia.waters@state.de.us

    Attorney for Defendants Seacord and Atallian

Dated: October 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed an *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 17, 2007 I have mailed by United States Postal Service, the document to the following non-registered participant: Jamah K. Grosvenor; SBI # 367677; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us