IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jamah K. Grosvenor,<br>        Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No. 05-033 GMS |
| Thomas Carroll, et al,<br>        Defendants. | )<br>)<br>) | |

### DEFENDANTS SEACORD AND ATALLIAN'S ANSWER TO COMPLAINT

Defendants Seacord and Attalian, by and through undersigned counsel, hereby answer the complaint as follows:

1.   Defendants Seacord and Atallian incorporate the answers provided in paragraphs 1 thru 29 (D.I. 17) filed on or about June 27, 2006 as if set forth herein.

2.   Defendants Seacord and Atallian deny that they transferred Grosvenor on June 10, 2004 to the Security Housing Unit (SHU), and that on June 22, 2004, they classified Grosvenor to SHU based on falsified or invalid disciplinary report and transfer order.

3.   Defendants Seacord and Atallian admit that the Multi-Disciplinary Team (MDT) consists of the counselor assigned to the building/inmate and either Lt. Thomas Seacord or Lt. Ricky Porter depending on where the inmate is housed. The Defendants further admit that the MDT changes as the inmate housing changes. Defendants deny that the classification committee relied on falsified and fabricated prison records to transfer Grosvenor to SHU at all times relevant to this complaint.

4. Defendants Seacord and Atallian admit that when an inmate receives a Level 5 sentence an initial classification is completed for security housing and treatment/programming placement. Defendants further admit that depending on the length of the Level 5 sentence, the prisoner's next review is set. Defendants deny that the classification committee relied on falsified and fabricated prison records to transfer Grosvenor to SHU at all times relevant to this complaint.

5. Defendants Seacord and Atallian deny that Grosevenor was deprived of legitimate reasons for the MTD recommendations and the IBCC decisions at all times relevant to this complaint. By way of further answer, Grosvenor was provided incident, disciplinary records and classification documents.

6. Defendants Seacord and Atallian deny that they subjected, or caused to be subjected, Grosvenor to a deprivation of any rights protected by federal law.

7. Defendants Seacord and Atallian deny that they are subject to § 1983 liability for the alleged deprivation of Grosvenor's Due Process rights commencing on or about May 31, 2004.

8. Defendants Seacord and Atallian deny that they are subject to § 1983 liability for the alleged conditions of confinement imposed on Grosvenor while in disciplinary segregation commencing on or about June 30, 2004.

**RELIEF**

9. Plaintiff is not entitled to any relief, by way of compensatory or punitive damages, against Defendants under any Federal constitutional provisions or statutes set forth in the Complaint, including, but not limited to 42 U.S.C. §1983 and 5 U.S.C § 552.

10. It is specifically denied that Plaintiff is entitled to any other relief.

## AFFIRMATIVE DEFENSES

11. Plaintiff failed to state a claim upon which relief can be granted.

12. Plaintiff failed to exhaust his administrative remedies.

13. Plaintiff failed to show that Defendants Seacord and Atallian are liable for alleged constitutional deprivations in the absence of their personal involvement.

14. Plaintiff is barred from suit imposing § 1983 liability against Defendants Seacord and Atallian on the basis of a *respondeat* superior theory.

15. To the extent of actual involvement, Defendants Seacord and Atallian acted in good faith, as state officers, or as individuals in all actions which relate to the Plaintiff, and therefore, are immune from all claims alleged in Plaintiff's complaint.

Wherefore, Defendants Seacord and Atallian demand that judgment be entered in their favor as to all claims and dismiss plaintiff's complaint, and attorney's fees and costs be awarded to defendants.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Ophelia M. Waters
Ophelia M. Waters, I. D. #3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Counsel for Defendants Seacord and Atallian

Dated: October 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, I electronically filed an *Defendants Seacord and Atallian's Answer to Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on October 17, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Jamah K.Grosvenor.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us